Megan Houdeshel (12429)
Michael Drysdale (MN Bar 0257606) (*pro hac vice*)
Jensen Lillquist (18994)
**DORSEY & WHITNEY**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
houdeshel.megan@dorsey.com
drysdale.michael@dorsey.com
lillquist.jensen@dorsey.com

*Attorneys for Plaintiff Salt Lake City*

Perrin R. Love (5505)
William G. Garbina (13960)
Sharadee Fleming (9872)
**SALT LAKE COUNTY DISTRICT ATTORNEY**
35 East 500 South
Salt Lake City, UT 84111
(801) 440-9007
PELove@saltlakecounty.gov
WGarbina@saltlakecounty.gov
SFleming@saltlakecounty.gov

*Attorneys for Plaintiff Salt Lake County*

Mark E. Kittrell (9950)
Amanda A. Berndt (15370)
**SALT LAKE CITY CORPORATION**
451 South State Street, Suite 505A
P.O. Box 145478
Salt Lake City, Utah 84114-5478
(801) 535-7788
Mark.Kittrell@slc.gov
Amanda.Berndt@slc.gov

*Attorneys for Plaintiff Salt Lake City Corporation*

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
U.S. Department of Justice
Environment & Natural Resources Division

KRYSTAL-ROSE PEREZ
*Senior Trial Attorney* (TX #24105931)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SALT LAKE CITY CORPORATION, a Municipal Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Defendants. | **JOINT STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>Civil No. 2:26-cv-00528-JNP-DBP<br><br>Chief Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

This action concerns Defendants' March 2026 purchase of a warehouse located at 6020 West 300 South in Salt Lake City for the purpose of converting it into an immigration detention facility (the "Salt Lake Facility"). Plaintiffs Salt Lake City Corporation and Salt Lake County initiated this action on June 9, 2026. Defendants' answer or other response to the Complaint is currently due August 24, 2026.

On July 17, 2026, Defendants, through counsel, informed Plaintiffs that they no longer intend to convert the Salt Lake Warehouse into an immigration detention facility and instead intend to designate the Salt Lake Facility as excess property for disposition by the General Services Administration ("GSA").

In light of this development, the parties have conferred and agree this case should be stayed as described in the parties' Proposed Stipulated Order, which is attached hereto and incorporated by reference. The parties thus jointly move to stay this matter on the terms set forth in the parties' Proposed Stipulated Order. A stay of this matter will promote judicial economy and conserve judicial resources.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant this stipulated motion and enter the Proposed Stipulated Order.

DATED this 19th day of August, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez (signed with permission)*
KRYSTAL-ROSE PEREZ

*Attorney for Defendants*

By: */s/ Amanda A. Berndt*
AMANDA A. BERNDT

*Attorney for Salt Lake City Corporation*

By: */s/ Perrin E. Love (signed w/permission)*
PERRIN E. LOVE

*Attorney for Salt Lake County*