Megan Houdeshel (12429)
Michael Drysdale (MN Bar 0257606) (*pro hac vice*)
Jensen Lillquist (18994)
**DORSEY & WHITNEY**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
houdeshel.megan@dorsey.com
drysdale.michael@dorsey.com
lillquist.jensen@dorsey.com

*Attorneys for Plaintiff Salt Lake City*

Mark E. Kittrell (9950)
Amanda A. Berndt (15370)
**SALT LAKE CITY CORPORATION**
451 South State Street, Suite 505A
P.O. Box 145478
Salt Lake City, Utah 84114-5478
(801) 535-7788
Mark.Kittrell@slc.gov
Amanda.Berndt@slc.gov

*Attorneys for Plaintiff Salt Lake City Corporation*

Perrin R. Love (5505)
William G. Garbina (13960)
Sharadee Fleming (9872)
**SALT LAKE COUNTY DISTRICT ATTORNEY**
35 East 500 South
Salt Lake City, UT 84111
(801) 440-9007
PELove@saltlakecounty.gov
WGarbina@saltlakecounty.gov
SFleming@saltlakecounty.gov

*Attorneys for Plaintiff Salt Lake County*

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
U.S. Department of Justice

KRYSTAL-ROSE PEREZ
*Senior Trial Attorney* (TX #24105931)
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| SALT LAKE CITY CORPORATION, a Municipal Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Civil No. 2:26-cv-00528-JNP-DBP<br><br>Chief Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Pursuant to the Court's August 20, 2026, Order, Dkt. No. 28, the parties submit this Joint Status Report to update the Court on Defendants' progress of excessing the property located at 6020 West 300 South in Salt Lake City. Defendants still intend to dispose of this property and do not intend to proceed with plans to convert it into a detention center. Since the stay was entered, Defendants have taken necessary steps toward selling the property and the property is now listed on the Cushman & Wakefield[1] website[2] as soon being available for purchase.

The parties agree that the stay of this case should continue and propose to file another joint status report on January 18, 2027.

DATED this 18th day of October 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez (signed with permission)*
KRYSTAL-ROSE PEREZ

*Attorney for Defendants*

*/s/ Amanda A. Berndt*
AMANDA A. BERNDT

*Attorney for Salt Lake City Corporation*

*/s/ Perrin E. Love (signed w/permission)*
PERRIN E. LOVE

*Attorney for Salt Lake County*

---

1 Cushman & Wakefield is the real estate broker handling the sale of the various warehouses purchased by Defendants in 2025.

2 *See* https://www.fedwarehouses.com.