**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SALT LAKE CITY CORPORATION, a Municipal Corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,<br><br>Defendants. | **STIPULATED ORDER STAYING CASE**<br><br>Civil No. 2:26-cv-00528-JNP-DBP<br><br>Chief Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

This matter is before the Court on the parties' Joint Stipulated Motion to Extend Stay of Proceedings. In light of Defendants' intention to no longer convert the Salt Lake Facility into an immigration detention facility and to instead designate the facility as excess property for disposition by the General Services Administration ("GSA"), the Parties' stipulation, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. This case is **STAYED FOR NINETY DAYS**. The stay will automatically lift (a) after the parties file the joint status report called for in paragraph 2 below, or (b) upon the request of either party, if Defendants' intentions for the Salt Lake Facility change.

2. **WITHIN NINETY DAYS OF THIS ORDER,** the parties shall file a status report that includes (a) the status of the property's excession and additional steps that might occur to effectuate that process; and (b) proposed next steps for the litigation. Should the parties

jointly seek a further extension of the stay, the parties may submit a proposed order concurrently with a joint status report.

3. Defendants **SHALL NOT** take any action to convert the Salt Lake Facility into an immigration detention center during the stay.

DATED this 19 October 2026.

Dustin B. Pead
United States Magistrate Judge